# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GRANT DELOACH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-299 |
| AVID LIFE MEDIA, INC., and AVID DATING LIFE, INC., d/b/a Ashley Madison, | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Gary F. Lynch of the law firm of Carlson Lynch Sweet & Kilpela, LLP, 1133 Penn Avenue, 5th Floor, Pittsburgh, Pennsylvania 15222, for permission to appear pro hac vice on behalf of plaintiff Grant Deloach, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Gary F. Lynch as counsel of record for plaintiff Grant Deloach, in this case.

**SO ORDERED** this __7th__ day of December, 2015.

_/s/ J.B. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA